SEALED
REDACTED COPY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED
2010 JUN -2 PM 2:01
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
       DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD ALAN JOHNSON (1), <br> JENNIFER MARILEE COPPINS <br>     aka AMANDA MURRIETTA, <br>     aka MANDY REYES (2), <br> ███████████████████████ <br> TERESA EDMONDSON JOHNSON (5), <br> DIANNA MARIE KEENAN (6), <br><br> Defendants. | SA10CR0450 FB <br><br> I N D I C T M E N T <br><br> [Vio: 21 USC § 846 to violate §§ 841(a)(1) & (b)(1)(B)(viii): Conspiracy to Manufacture a Controlled Substance] |

THE GRAND JURY CHARGES:

COUNT ONE

[21 USC § 846 to violate §§ 841(a)(1) & 841(b)(1)(B)(viii)]

That beginning on or about January 1, 2008, the exact date unknown, and continuing until on or about June 2, 2010, in the Western District of Texas, Defendants,

RICHARD ALAN JOHNSON (1),
JENNIFER MARILEE COPPINS
     aka AMANDA MURRIETTA,
     aka MANDY REYES (2),
███████████████████████
TERESA EDMONDSON JOHNSON (5), and
DIANNA MARIE KEENAN (6),

unlawfully, knowingly, and intentionally combined, conspired, confederated and agreed together and with others to manufacture a controlled substance, which offense involved 50 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B)(viii), and in violation of Title 21, United States Code, Section 846.

A TRUE BILL,

███████████████

FOREPERSON

JOHN E. MURPHY
United States Attorney

*/s/ David M. Shearer*

DAVID M. SHEARER
Assistant United States Attorney

2